USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
JAEGER SHIPPING LLC,                      :
                         Plaintiff,       :
                                          :    08 Civ. 9375 (DLC)
            -v-                           :
                                          :    ORDER
CHOKANG SHIPPING CO. LTD.,                :
                         Defendant.       :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

   On November 5, 2008, a maritime attachment was issued. Accordingly, it is hereby

   ORDERED that plaintiff advise the Court by **May 21, 2009** whether any funds were attached, and whether they should not be placed in the Court's Registry and the attachment otherwise vacated.

   SO ORDERED:

Dated:  New York, New York
        May 15, 2009

                                    _____
                                            DENISE COTE
                                    United States District Judge